IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYCHEL REIFF,

    Plaintiff,

    v.

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN-
SYSTEM, and CHRISTOPHER
MARKWOOD,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-192-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Board of Regents of the University of Wisconsin System and Christopher Markwood granting their motion for summary judgment and dismissing this case.

| s/V. Olmo, Deputy Clerk | 9/12/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |